IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS LORENZO MOJICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCE AUTO PARTS, INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 15-1418 |

## ORDER

**AND NOW**, this 11th day of January, 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. #13) and all supporting and opposing papers, it is hereby **ORDERED** that the Motion is **GRANTED**. Judgment is entered in favor of Defendant and against Plaintiff on all counts, and the Clerk shall mark this matter closed.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.